**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-11191 |
| | : | |
| **ORGANIC MARKETING, LLC** | : | SECTION "B" |
| | : | |
| DEBTORS | : | CHAPTER 7 |

### *EX PARTE* MOTION TO EXPEDITE HEARING ON MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND TO EMPLOY AUCTIONEER

**NOW INTO COURT**, through undersigned counsel, comes Aaron E. Caillouet, Trustee ("Trustee"), who respectfully represents:

1. On May 1, 2014 (and contemporaneously herewith), the Trustee has filed a Motion for Sale of Property Free and Clear of Liens and Other Interests and to Employ Auctioneer ("Auction Motion"). The Auction Motion seeks authority for the Trustee to: (i) auction a piece of surveying equipment more fully described as a **Topcon 235 GTS 235W Total Station** ("Property"), and (ii) employ Pedersen & Pedersen Auctions, Inc. ("Auctioneer") as auctioneer on the terms set forth in the Auction Motion.

2. According to the Auctioneer, the best possible date to schedule the auction of the Property is May 31, 2014 because the Auctioneer already has a large auction scheduled for the Beauregard Parish Police Jury, Sheriff's Department, School Board, and the City of DeRidder, where other industrial, construction, farm machinery, vehicles, trailers, and other miscellaneous items will be auctioned. The Auctioneer advises that he believes the greatest return for the Property can be obtained if he is able to include the Property in this large Beauregard Parish auction because the Property is an item that would be attractive to the large number of bidders that will be participating in the Beauregard Parish auction.

- 1 -

3. The first available regular motion day that is at least 21 days away is June 18, 2014. Therefore, the Trustee files this Motion seeking the setting of a hearing on the Auction Motion on a day prior to the May 31, 2014 Beauregard Parish Auction date so that there is sufficient time within which to obtain the entry of an Order authorizing the auction. To the extent necessary, the Trustee requests that the Court shorten the usual 21-day notice period pursuant to Bankruptcy Rule 9006(c).

WHEREFORE, the Trustee respectfully requests that the Court (i) set the hearing on the Auction Motion on a day prior to the May 31, 2014 Beauregard Parish Auction date so that there is sufficient time within which to obtain the entry of an Order authorizing the auction prior to the May 31, 2014 auction date, (ii) fix the time period for objections to the Auction Motion, and (iii) grant such other and further relief as is just.

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile:  (504) 582-1121

By:/s/ David J. Messina
    David J. Messina, #18341
    Fernand L. Laudumiey, IV, #24518
    Attorneys for Aaron E. Caillouet, Trustee

### CERTIFICATE

I hereby certify that a copy of the foregoing Motion to Expedite Hearing was this day served via email on the U.S. Trustee, at USTPRegion05.NR.ECF@usdoj.gov.

May 1, 2014.

By:/s/ David J. Messina
    David J. Messina, #18341